UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE RAETANO,

    Plaintiff,

v.                                       CASE NO: 8:11-cv-989-T-23TBM

SJS 2301 FOWLER AVE., LLP,

    Defendant.
_____/

**ORDER**

    The mediator announces a settlement in this action. Under Local Rule 3.08(b) this action is **DISMISSED** subject to the right of any party within sixty (60) days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on November 30, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE